**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:    Tammy Hoffschildt | Date:  August 10, 2016 |

**CASE NO.   16-cv-01904-RM-MJW**

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., | Stephen F. Schlather |
| Plaintiff, | |
| v. | |
| SPACECO BUSINESS SOLUTIONS, INC., | Carl Alfred Hjort, III |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE
Court in session:   9:27 a.m.**

Appearances of counsel.

Discussion held regarding the status of the case.

**ORDERED:**   Defendant shall file its *Daubert* motion on or before **September 26, 2016.** Plaintiff's response is due 21 days after the filing of the motion; and Defendant's reply, if any, is due 14 days after the filing of the response.

**Court in recess:     9:47 a.m.
Total in court time:          00:20
Hearing concluded**