IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01904-RM-MJW

MASS ENGINEERED DESIGN, INC.,

Plaintiff/Counterclaim Defendant,

v.

SPACECO BUSINESS SOLUTIONS, INC.,

Defendant/Counterclaim Plaintiff.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that, on or before August 17, 2016, the parties shall jointly call the Court's chambers at 303.844.2403 to schedule a Final Pretrial Conference.

Date: August 10, 2016