IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01904-RM-MJW

MASS ENGINEERED DESIGN, INC.,

Plaintiff/Counterclaim Defendant,

v.

SPACECO BUSINESS SOLUTIONS, INC.,

Defendant/Counterclaim Plaintiff.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Final Pretrial Conference is set on April 18, 2017 at 10:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The proposed Final Pretrial Order shall be filed on or before April 11, 2017.

Date: August 12, 2016