**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01904-RM

MASS ENGINEERED DESIGN, INC.

Plaintiff

v.

SPACECO BUSINESS SOLUTIONS, INC.

Defendant

---

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBIT LIST**

---

Plaintiff, Mass Engineered Design, Inc. ("Mass"), respectfully submits its objections to Defendant's Amended Trial Exhibit List, as follows:

*See* Appendix A attached hereto.

Dated: May 19, 2017

Respectfully submitted,

/s/ *Stephen F. Schlather*
John J. Edmonds
jedmonds@ip-lit.com
Texas State Bar No. 789758
Stephen F. Schlather
sschlather@ip-lit.com
Texas State Bar No. 24007993
Shea N. Palavan
spalavan@ip-lit.com
Texas State Bar No. 24083616
Eric R. Carr
ecarr@ip-lit.com
Texas State Bar No. 24091261
**COLLINS, EDMONDS,**
**SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

***Attorneys for Plaintiff Mass Engineered Design, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: May 19, 2017

/s/ *Stephen F. Schlather*
Stephen F. Schlather

# APPENDIX A

*** Categories: (A) – Will Use; (B) – May Use; (C) Probably Won't Use*
† *See* Legend at end for explanations of Objections.

| DTX NO. | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | PLAINTIFF'S OBJECTIONS† | ADMITTED |
|---|---|---|---|---|---|---|---|
| A | Installation instructions for products-in-suit | SPAC00001-SPAC00083 | A | | | | |
| B | CAD drawings of components of products-in-suit | SPAC00084-SPAC00088 | A | | | | |
| C | Exploded drawings of a product-in-suit | SPAC00089-SPAC00090 | A | | | | |
| D | CAD drawings of components of products-in-suit | SPAC00091-SPAC00108 | A | | | | |
| E | U.S. Patent 6695270 | SPAC00547-SPAC00564 | A | | | 402, 403 | |
| F | U.S. Patent 6758454 | SPAC00565-SPAC00580 | A | | | 402, 403 | |
| G | U.S. Patent 7316377 | SPAC00581-SPAC00586 | A | | | 402, 403 | |
| H | U.S. Patent Re43921 | SPAC00587-SPAC00605 | A | | | 402, 403 | |
| I | Plaintiff's Disclosure of Asserted Claims and Infringement Contentions to Defendant SpaceCo Business Solutions, Inc. from Case No. 2:09-cv-358 | | A | | | 402, 403 | |
| J | Attachment to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions to Defendant SpaceCo Business Solutions, Inc. from Case No. 2:09-cv-358- Exhibit A | | A | | | 402, 403 | |
| K | Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411 | | A | | | 402, 403 | |
| L | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA02- '103 Chart | | A | | | 402, 403 | |
| M | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA02- '978 Chart | | A | | | 402, 403 | |
| N | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA04- '103 Chart | | A | | | 402, 403 | |
| O | Attachment to Plaintiff Mass Engineered Design, Inc.'s | | A | | | 402, 403 | |

| DTX NO. | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | PLAINTIFF'S OBJECTIONS† | ADMITTED |
|---|---|---|---|---|---|---|---|
| | Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA04- '978 Chart | | | | | | |
| P | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA22- '103 Chart | | A | | | 402, 403 | |
| Q | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA22- '978 Chart | | A | | | 402, 403 | |
| R | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA44- '103 Chart | | A | | | 402, 403 | |
| S | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SA44- '978 Chart | | A | | | 402, 403 | |
| T | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SS02- '103 Chart | | A | | | 402, 403 | |
| U | Attachment to Plaintiff Mass Engineered Design, Inc.'s Disclosure of Asserted Claims and Infringement Contentions from Case No. 6:14-cv-411- SS02- '978 Chart | | A | | | 402, 403 | |
| V | Rebuttal Expert Report of Dr. Arthur Erdman Concerning Non-Infringement | | A | | | 402, 403, 802 | |
| W | Attachment to Erdman Report- Exhibit 1- C.V. of Dr. Erdman | | A | | | 402, 403, 802 | |
| X | Attachment to Erdman Report- Exhibit 4- Prosecution history of '978 patent | | A | | | | |
| Y | Attachment to Erdman Report- Exhibit 5- prosecution history of '103 patent | | A | | | | |
| Z | Attachment to Erdman Report- Exhibit 6- prosecution history of reexamination requests for '978 patent | | A | | | | |
| A-1 | Attachment to Erdman Report- Exhibit 7- SpaceCo product assembly drawings | SPAC00089-SPAC00090 | A | | | | |

| DTX NO. | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | PLAINTIFF'S OBJECTIONS† | ADMITTED |
|---|---|---|---|---|---|---|---|
| A-2 | Attachment to Erdman Report- Exhibit 8- SpaceCo product component drawings | SPAC00084-SPAC00088 | A | | | | |
| A-3 | Attachment to Erdman Report- Exhibit 9- SpaceCo product component drawings | SPAC00091-SPAC00108 | A | | | | |
| A-4 | Expert Report of J.E. Akin Regarding SpaceCo's Infringement of United States Patent Nos. Re36978 and 8462103 (Impeachment Only) | | A | | | | |
| A-5 | Attachment to Akin Report- Triple Arms '978 Chart (Impeachment Only) | | A | | | | |
| A-6 | Attachment to Akin Report- Tiered Arms '978 Chart (Impeachment Only) | | A | | | | |
| A-7 | Attachment to Akin Report- Quad Arms '978 Chart (Impeachment Only) | | A | | | | |
| A-8 | Attachment to Akin Report- Dual Arms '978 Chart (Impeachment Only) | | A | | | | |
| A-9 | Attachment to Akin Report- Exhibit E- SS02 '103 Figures | | A | | | | |
| A-10 | Attachment to Akin Report- Exhibit A- SA02 '103 Figures | | A | | | | |
| A-11 | Attachment to Akin Report- Exhibit B- SA02XP '103 Figures | | A | | | | |
| A-12 | Attachment to Akin Report- Exhibit C- SX02 '103 Figures | | A | | | | |
| A-13 | Attachment to Akin Report- Exhibit D- SX02XP '103 Figures | | A | | | | |
| A-14 | Attachment to Akin Report- Exhibit E- SS02 '978 Figures | | A | | | | |
| A-15 | Attachment to Akin Report- Exhibit A- SA02 '978 Figures | | A | | | | |
| A-16 | Attachment to Akin Report- Exhibit B- SA02XP '978 Figures | | A | | | | |
| A-17 | Attachment to Akin Report- Exhibit C- SX02 '978 Figures | | A | | | | |
| A-18 | Attachment to Akin Report- Exhibit D- SX02XP '978 Figures | | A | | | | |
| A-19 | Attachment to Akin Report- Quad Arms 103 Chart | | A | | | | |
| A-20 | Attachment to Akin Report- Tiered Arms 103 Chart (Impeachment Only) | | A | | | | |
| A-21 | Attachment to Akin Report- Triple Arms 103 Chart (Impeachment Only) | | A | | | | |
| A-22 | Attachment to Akin Report- Dual Arms 103 Chart | | A | | | | |

| DTX NO. | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | PLAINTIFF'S OBJECTIONS† | ADMITTED |
|---|---|---|---|---|---|---|---|
| | (Impeachment Only) | | | | | | |
| A-23 | Plaintiff's Initial Disclosures | | A | | | 402, 403 | |
| A-24 | Humanscale Corp. v. Mass Engineered Design, Inc., et al. Declaration of Raymond Wilk (Case No. 1:12-cv-5988-AKH) | M233631-233632 | A | | | 402, 403, 802 | |
| A-25 | SpaceCo Business Solutions, Inc. v. Mass Engineered Design, Inc., et al. Declaration of Raymond Wilk (Case No. 1:12-cv-02029-RBJ) | | A | | | 402, 403, 802 | |
| A-26 | Innovative Office Products, Inc., et al. v. Mass Engineered Design, Inc., et al. Declaration of Raymond Wilk | M230776-230778 | A | | | 402, 403, 802 | |
| A-27 | A physical exemplar of the VU2H-215 product | | A | | | | |
| A-28 | EDI Marketing Information | M199677-199679 | A | | | | |
| A-29 | VU-2H Build | M216281-216308 | A | | | 402, 403, 802, MP | |
| A-30 | VU-2H/3H Price List | M216370-216381 | A | | | 402, 403 | |
| A-31 | Mass Multiples Retail Sales Plan | M216276-216280 | A | | | 402, 403 | |
| A-32 | Pro-Create Mass Engineered Design: Multi-Display Re-launch | M216512-216514 | A | | | 402, 403, 802 | |
| A-33 | Pro-Create Business Case for Retail Distribution- Dual Monitor Stand Product Line | M216384-216391 | A | | | 402, 403, 802 | |
| A-34 | Mass Engineered Design Inc. Sales by State for the period January 1, 2011 to present | M216553-216557 | A | | | 402, 403 | |
| A-35 | Mass Corporate Organization Chart | M045556 | A | | | | |
| A-36 | Mass Engineered Design Executive Summary | M044867-044938 and M076032-076091 | A | | | 402, 403 | |
| A-37 | Letter from M. Waraska to P. Jordan re: "Jerry Moscovitch complainant" | M003753-003755 | B | | | 402, 403, 802 | |
| A-38 | Letter from J. Moscovitch to the Law Society of Upper Canada re: M. Waraska | M004075-004079 | B | | | 402, 403, 802 | |
| A-39 | Facsimile from J. Arthurs to M. Waraska re: Job #298FO | M004336-004341 | B | | | 402, 403, 802 | |
| A-40 | Facsimile from J. Arthurs to M. Waraska re: Job #298FO | M004342-004345 | B | | | 402, 403, 802 | |
| A-41 | Email from T. Grewal providing draft letter from J. | M138961-138962 | B | | | 402, 403, 802 | |

| DTX NO. | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | PLAINTIFF'S OBJECTIONS† | ADMITTED |
|---|---|---|---|---|---|---|---|
| | Moscovitch to S. Freidlander | | | | | | |
| A-42 | Letter from M. Waraska to L. Young re: Jerry Moscovitch | M143958-143959 | B | | | 402, 403, 802 | |
| A-43 | Declaration of J. Moscovitch | M144114-144119 | B | | | 402, 403, 802 | |
| A-44 | Mass Engineered Design Inc. Financial Statements May 31, 2008 | M215706-215715 and M215874-215897 | B | | | | |
| A-45 | Email: From Linda Jo Carron (Workrite Ergonomics) to Mass Engineered Design; copy: David Thimmig and Steve Schlather; Subject: Mass Engineered Design/Workrite Ergonomics Settlement Agreement dated April 21, 2011 - Twelfth Accounting **(**Impeachment Only) | MASS-SETTLE000248-MASS-SETTLE000253 | B | | | | |
| A-46 | Exhibit 3 to Walter Bratic Report. (Impeachment Only) | | B | | | | |

**LEGEND TO APPENDIX A**

| **Objection** | **Explanation** |
|---|---|
| 402 | The evidence in the exhibit is not relevant and is not admissible. |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading of the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 802 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies pursuant (Fed. R Evid. 805). |
| 901 | The exhibit lacks authentication. |
| MP | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents. |
| NP | Exhibit was not produced during the discovery phase of the case. |